NO. CAAP-17-0000320

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JUNTA TOKUNAGA, Petitioner-Appellant,
v.
ADMINISTRATIVE DIRECTOR OF THE COURTS, Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(Honolulu Division)
(Case No. 1DAA-16-00008)

ORDER APPROVING THE JULY 11, 2017 "STIPULATION FOR DISMISSAL"
(By: Nakamura, Chief Judge, and Fujise and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal, filed July 11, 2017, by Petitioner-Appellant Junta Tokunaga, the papers in support, and the record, it appears that (1) the appeal was docketed on May 25, 2017; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own fees and costs.

DATED: Honolulu, Hawai'i, July 17, 2017.

Chief Judge

Associate Judge

Associate Judge